# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 08-0636-CG-C** |
| ) | |
| **ONE 2001 CHEVROLET** ) | |
| **ASTRA AUTOMOBILE,** ) | |
| **VIN #WOLTG513215229524,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER FOR WARRANT OF ARREST

This cause is before the court on the plaintiff's motion for warrant of arrest against the defendant filed on October 30, 2008. (Doc. 2)

Upon review of the verified complaint, it appearing to the court that the conditions for an action in rem pursuant to Rule G(3)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims of said rules do exist, and the court is of the opinion that plaintiff's request is due to be **GRANTED**. It is, therefore, **ORDERED** that the Clerk of Court issue a Warrant of Arrest against the defendant.

**DONE and ORDERED** this 31st day of October, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE