THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   CIVIL ACTION NO.:  08-636-CG-C |
| | * |
| **ONE 2001 CHEVROLET** | * |
| **ASTRA AUTOMOBILE,** | * |
| **VIN# WOLTG513215229524,** | * |
| | * |
| **Defendant.** | * |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the order entered this date, the defendant, One 2001 Chevrolet Astra Automobile, VIN # WOLTG513215229524, is forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE** and **ORDERED** this 30th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE